IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **TARSHA KELLEY - JONES** : | |
| 3897 Hunting Woods Drive : | |
| Waldorf, MD 20602 : | |
|     Plaintiff, : | **Civil Case No.** |
| : | |
| v. : | **Jury Demand** |
| : | |
| **HON. BRUCE R. JAMES** : | |
| U.S. Government Printing Office : | |
| In his official capacity : | |
| 732 North Capitol Street, NW : | |
| Washington, DC 20401 : | |
| : | |
|     Defendant. : | |

## COMPLAINT

UNLAWFUL DISCRIMINATION

1. Plaintiff through her counsel, Jimmy A. Bell, Esq., respectfully presents the complaint against Defendant to enforce her rights under the Civil Rights Act of 1964, 42 U.S.C. § § 2000e, et seq. and Civil Rights Act of 1991.

## JURISDICTION

2. Jurisdiction of this Court is based upon the Civil Rights Act of 1964, 42 U.S.C. § § 2000e, et seq. and Civil Rights Act of 1991.

3. Venue lies in District of Columbia as the discriminatory acts complained of occurred within said jurisdiction.

## FACTUAL BASIS OF THE COMPLAINT

4. Plaintiff is an African American citizen of the United States who resides at the address set forth in the caption above at all times material to the complaint.

5. Plaintiff is a member of a protected class (African American).

6. Plaintiff is an employee of the U.S. Government Printing Office.

7. Plaintiff applied for and was qualified for a Printing Services Specialists position.

8. Plaintiff was not selected for the position.

9. Plaintiff was treated differently than similarly situated individuals not in the plaintiff's protected class.

10. Plaintiff exhausted all of her administrative remedies because defendant accepted plaintiff's claims for investigation and over 180 days has passed since the formal investigation began.

## STATEMENT OF CLAIM

**Count I:    Discrimination based on race (African American)**

11. Plaintiff repleads and realleges paragraphs 1 through 10 above with the same force and effect as if set forth separately and at length herein.

12. Plaintiff was discriminated against because of race (African American) and when she was not selected for the position of Printing Services Specialist, PG-1654-07/09, as advertised under Vacancy Announcement Number 05-190.

13. Plaintiff, seeks the following relief:

14. Compensatory damages for pain and suffering, humiliation and discrimination in the amount of $300,000 dollars.

15. Back pay and front pay.

16. Pre and Post-judgment interest.

17. The cost of litigation, including reasonable attorney's fees and expert witness' fees.

18. Such other relief as may be just.

## JURY DEMAND

Plaintiff demands a trial by jury.

                                                                                            Respectfully submitted,

                                                               _____//s//_____
                                                               Jimmy A. Bell, Esq.
                                                               Law Office of Jimmy A. Bell, Esq.
                                                               9610 Marlboro Pike
                                                               Upper Marlboro, Maryland 20772
                                                              Telephone: (301)599-7620
                                                              Fax: (301)599-7623
                                                              **Bar # MD14639**