UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARSHA KELLEY-JONES )<br>3897 Hunting Woods Drive )<br>Waldorf, MD 20602 )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>　　　　v. )<br>　　　　　　　　　　　　　　　　)<br>HON. BRUCE R. JAMES )<br>U.S. Government Printing Office )<br>In his official capacity )<br>732 North Capitol Street, NW )<br>Washington, D.C. 20401 )<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant. )<br>_____) | Civil Action No. 07-0026 (JDB)<br>Electronic Case Filing |

### ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney Marian L. Borum as counsel for the defendant, United States Government Printing Office in the above-captioned case.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARIAN L. BORUM, D.C. Bar #435409
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　　　555 4th Street, N.W. - Room E4810
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　(202) 514-6531 / (202) 514-8780 (fax)
　　　　　　　　　　　　　　　　　　　marian.l.borum@usdoj.gov