**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
TARSHA KELLEY-JONES            )
3897 Hunting Woods Drive       )
Waldorf, MD 20602              )
                               )
        Plaintiff,             )
                               )
v.                             ) Civil Action No. 07-0026 (JDB)
                               )
HON. BRUCE R. JAMES            )
U.S. Government                )
Printing Office                )
In his official capacity       )
732 North Capitol Street, NW   )
Washington, D.C. 20401         )
                               )
        Defendant.             )
                               )
_____ )
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case.

Respectfully Submitted,

____/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202) 514-7205