UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARSHA KELLEY-JONES )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HON. WILLIAM TURRI, )<br>U.S. Government )<br>Printing Office, )<br>)<br>    Defendant.[1] )<br>)<br>_____) | Civil Action No. 07-0026 (JDB) |

**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 40.5**

The defendant, in accordance with Local Rule 40.5(a)(3) and (b)(3), advises the Court that this case is related to three cases pending in this Court. They are as follows: <u>Barbara Reynolds v. William Turri</u>, Civil Action No. 07-0028; <u>Michele Stevenson v. William Turri</u>, Civil Action No. 07-0027; and <u>Shirley Wilson v. William Turri</u>, Civil Action No. 07-0025.

In August 2005, the defendant issued Vacancy Announcement No. 05-190 to fill five Printing Services Specialist positions. The plaintiff in this case, and the plaintiffs in the three related cases identified above, applied for and were determined to be minimally qualified for the positions(s). All four plaintiffs were not selected for the position(s). Therefore, all four cases

---

[1] In accordance with Rule 25(d)(1) of the Federal Rules of Civil Procedure, William Turri, the Acting Public Printer, is substituted for Bruce R. James, who resigned effective January 3, 2007.

involve common issues of fact and grow out of the same event or transaction. LCvR 40.5 (a)(3)(i)(iii).

The defendant anticipates filing a motion to consolidate the cases for the purposes of discovery after consultation with plaintiffs' counsel.

>
> Respectfully submitted,
>
> __/s/_____
> JEFFREY A. TAYLOR, D.C. BAR # 498610
> United States Attorney
>
> __/s/_____
> RUDOLPH CONTRERAS, D.C. BAR # 434122
> Assistant United States Attorney
>
> __/s/_____
> DIANE M. SULLIVAN, D. C. BAR # 12765
> MARIAN L. BORUM, D.C. Bar #435409
> Assistant United States Attorney
> United States Attorney's Office
> Civil Division
> Judiciary Center Building
> 555 4th Street, N.W.
> Washington, D.C. 20530
> Phone:(202) 514-6531

Of Counsel:
LATONYA D. HAYES
Assistant General Counsel
U.S. Government Printing Office