UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY WILSON, )<br>)<br>Plaintiff, )<br>v. )<br>) | **Civil Case No. 07-25 (RCL)** |
| HON. WILLIAM TURRI, )<br>U.S. Government Printing Office, )<br>)<br>Defendant. )<br>_____) | |
| TARSHA KELLY-JONES, )<br>)<br>Plaintiff, )<br>v. )<br>) | **Civil Case No. 07-26 (RCL)** |
| HON. WILLIAM TURRI, )<br>U.S. Government Printing Office, )<br>)<br>Defendant. )<br>_____) | |
| MICHELE STEVENSON, )<br>)<br>Plaintiff, )<br>v. )<br>) | **Civil Case No. 07-27 (RCL)** |
| HON. WILLIAM TURRI, )<br>U.S. Government Printing Office, )<br>)<br>Defendant. )<br>_____) | |
| BARBARA REYNOLDS, )<br>)<br>Plaintiff, )<br>v. )<br>) | **Civil Case No. 07-28 (RCL)** |
| HON. WILLIAM TURRI, )<br>U.S. Government Printing Office, )<br>)<br>Defendant. )<br>_____) | |

## **SCHEDULING ORDER**

1.  These four cases are hereby CONSOLIDATED, for discovery purposes only at this time. All filings, until the conclusion of discovery, shall be made only in Civil Action No. 07-25.

2.  All discovery shall be completed by April 30, 2008. Interrogatories shall be limited to 50 per side; requests for production of documents shall be limited to 35 per side; requests for admissions shall be limited to 35 per side; and depositions shall be limited to 20 per side (of no more than 7 hours each).

3.  Plaintiffs' expert disclosures shall be served within 45 days of this date, and defendants' expert disclosures shall be served within 60 days thereafter.

4.  Any dispositive motions shall be filed within 60 days of the close of discovery. Oppositions are due 45 days thereafter, and replies 30 days later.

5.  The Court will set a status conference after deciding any dispositive motions, at which time it will consider further consolidation and set dates for pretrial and trial.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 30, 2007.